GILBERT L. GARDNER, Respondent, *v.* WILLIAM W. PITCHER, Defendant, and JOSEPH NELLIS, as Administrator of the Estate of WILBUR F. PORTER, Deceased, Appellant.

*Gardner* v. *Pitcher*, 109 App. Div. 106, affirmed.
(Argued April 5, 1906; decided May 1, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 24, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover on a promissory note.

*Joseph Nellis* for appellant.

*I. R. Breen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Absent: O'BRIEN, J. Not sitting: HISCOCK, J.